ACCEPTED
04-15-00010-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/13/2015 4:30:03 PM
KEITH HOTTLE
CLERK

# TAB 3

CAUSE NO. <u>CC-14-89</u>

| | | |
|---|---|---|
| PEDRO MARQUEZ, JR. | § | IN THE COUNTY |
| Plaintiff, | § | |
| | § | |
| V. | § | COURT AT LAW OF |
| | § | |
| LISA A. WATKINS | § | |
| Defendant. | § | STARR COUNTY, TEXAS |

## ORDER DENYING PEDRO MARQUEZ, JR.'S BILL OF REVIEW

On the 9th day of October, 2014, the Petitioner, Pedro Marquez, Jr.'s Bill of

Review was considered by the Court along with the arguments of counsel. After

due consideration of the Bill of Review, legal briefs filed by counsel for the parties

and the arguments of counsel, the Court finds the motion is **DENIED**.

SIGNED this _____9_____ day of _____Oct_____, 2014.

_____

**JUDGE PRESIDING**

AT 11:20 O'CLOCK A M FILED

OCT 09 2014

ELOY R. GARCIA
DISTRICT CLERK STARR CO. TX
BY _____

**Copies to:**

Carmen Benavides Ramirez
Attorney for Lisa Watkins
5413 N. McColl Road
McAllen, TX 78504
Fax: (956) 683-7071
E-Mail: cbramirezlawyer@yahoo.com

Hilda Gonzalez Garza
Attorney for Pedro Marquez, Jr.
205 East 5th Street
Rio Grande City, Texas 78582
Fax: (956) 263-1871

Page 1 of 1

0171

# TAB 4

FILED
AT 3:35 O'CLOCK P M

OCT 17 2014

ELOY R. GARCIA
DISTRICT CLERK STARR CO., TX
BY _____ DEPUTY

CAUSE NO. CC-14-89

| | | |
|---|---|---|
| THE MARRIAGE OF | * | IN THE COUNTY COURT |
| | * | |
| PEDRO MARQUEZ, JR. | * | |
| AND | * | |
| LISA A. WATKINS | * | AT LAW OF |
| | * | |
| AND IN THE INTEREST OF | * | |
| PEDRO MARQUEZ, III | * | |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | STARR COUNTY, TEXAS |
| MINOR CHILDREN | * | |

## REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **PEDRO MARQUEZ, JR.**, **Petitioner**, requesting the Court to

state in writing the findings of fact and conclusions of law as provided by rule 296 of the

Texas Rules of Civil Procedure.

Respectfully submitted,

The Law Office of
Hilda Gonzalez Garza P.L.L.C.
205 E. 5th St.
Rio Grande City, Texas 78582
Tel: (956) 263-1870
Fax: (956) 263-1871
S.B.N. 00796651

## CERTIFICATE OF SERVICE

I certify that I sent via fax (956) 683-7071 the foregoing documents on October
16th 2014, to Mrs. Carmen Benavidez Ramirez Attorney of Record for Mrs. Lisa A.
Watkins, and whose address is 4715 S. Jackson Rd. Edinburg, Texas 78539.

Hilda Gonzalez Garza

ORIGINAL

0172

| | | |
|---|---|---|
| THE MARRIAGE OF | * | IN THE COUNTY COURT |
| | * | |
| PEDRO MARQUEZ, JR. | * | |
| AND | * | |
| LISA A. WATKINS | * | AT LAW OF |
| | * | |
| AND IN THE INTEREST OF | * | |
| PEDRO MARQUEZ, III | * | |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | STARR COUNTY, TEXAS |
| MINOR CHILDREN | * | |

## REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Request for Findings of fact and Conclusions of Law has been called to my

attention on October _____, 2014.

 

_____
Honorable Judge Romero Molina
JUDGE PRESIDING

U173

# TAB 5

CAUSE NO. CC-14-89

| | | |
|---|---|---|
| THE MARRIAGE OF | * | IN THE COUNTY COURT |
| | * | AT _10 10_ O'CLOCK _A_ M |
| PEDRO MARQUEZ, JR. | * | |
| AND | * | NOV 1 3 2014 |
| LISA A. WATKINS | * | AT LAW OF |
| | * | ELOY R. GARCIA |
| AND IN THE INTEREST OF | * | DISTRICT CLERK STARR CO. TX |
| PEDRO MARQUEZ, III | * | BY _____ DEPUTY |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | STARR COUNTY, TEXAS |
| MINOR CHILDREN | * | |

## SECOND REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **PEDRO MARQUEZ, JR., Petitioner,** a second request is being filed with the Court to state in writing the findings of fact and conclusions of law as provided by rule 296 of the Texas Rules of Civil Procedure. The Court denied Petitioner's Bill of Review on October 9th, 2014 and the petitioner filed his initial "Request for Findings of Fact and Conclusions of Law" on October 17, 2014. More than twenty (20) days have gone by since the initial request and it is for this reason that the petitioner is filing this second request for findings of fact and conclusions of law.

Respectfully submitted,

The Law Office of
Hilda Gonzalez Garza P.L.L.C.
205 E. 5th St.
Rio Grande City, Texas 78582
Tel: (956) 263-1870
Fax: (956) 263-1871
S.B.N. 00796651

0174

ORIGINAL

## CERTIFICATE OF SERVICE

I certify that I sent via fax (956) 683-7071 the foregoing documents on November 12th 2014, to Mrs. Carmen Benavidez Ramirez Attorney of Record for Mrs. Lisa A. Watkins, and whose address is 4715 S. Jackson Rd. Edinburg, Texas 78539.

Hilda Gonzalez Garza

0175

| | | |
|---|---|---|
| THE MARRIAGE OF | * | IN THE COUNTY COURT |
| | * | |
| PEDRO MARQUEZ, JR. | * | |
| AND | * | |
| LISA A. WATKINS | * | AT LAW OF |
| | * | |
| AND IN THE INTEREST OF | * | |
| PEDRO MARQUEZ, III | * | |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | STARR COUNTY, TEXAS |
| MINOR CHILDREN | * | |

## SECOND REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Second Request for Findings of fact and Conclusions of Law has been called

to my attention on November _____, 2014.

_____
Honorable Judge Romero Molina
JUDGE PRESIDING

0176

# TAB 6

# REQUEST FOR ASSIGNMENT

**Requesting Judge:** Romero Molina
**Court:** Starr County Court at Law 1___ **County** Starr County

**Reason for request: (Check one)**

✓ Recusal                                 ____ **Illness**
____ **Disqualification**              ____ **Continuing Education**
____ **Attorney Contempt**          ____ **Personal emergency**
____ **Election Contest**                ____ **Vacation**
____ **Suit to remove elected official**   ____ **Assistance with heavy docket**
____ **Other (explain below)**

**Additional Information:**
_____

**Judge Requested (except recusal and disqualification):**
_____
_____

**Dates needed:** _____

**If assignment is requested for all matters:**
**Type of docket (criminal, civil, family, jury, non-jury):** _____
**Length of assignment:** _____ **one-half day OR** _____**day(s)**

**If assignment is requested for specific case:**
**Cause Number:** CC-14-089
**Style of Case:** IN THE MATTER OF THE MARRIAGE OF PEDRO MARQUEZ JR. AND LISA A. WATKINS AND IN THE INTEREST OF PEDRO MARQUEZ, JR., JOAQUIN M. MARQUEZ AND MASON R. MARQUEZ, A MINOR CHILDREN
**Nature of Suit:** DIVORCE- WITH CHILDREN

**Names and Addresses of all counsel:**

Mrs. Hilda Gonzalez Garza          Via Facsimile: 956-263-1871
Law Office of Hilda Gonzalez Garza
205 E. 5th St.
Rio Grande City, Texas 78582

Mrs. Carmen Benavides Ramirez      Via Facsimile:956-683-7071
Law Office of Carmen Benavides Ramirez
4715 S. Jackson Rd.
Edinburg, Texas 78539

**Additional information or instructions:**
_____

**Submitted by:** Busilo D. Villarreal III **Date:** 11/17/2014

0177

**APPROVED:**

_____

**Local Administrative Judge**

Please fax to Fifth Administrative Judicial Region at (512) 367-5788.

U170